# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**PHILIP MICHAEL RUGGIERO,**
Appellee.

No. 4D2022-2925

[February 29, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Murphy, III, Judge; L.T. Case No. 502022CT003816AMB.

Ashley Moody, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellant.

Jack A. Fleischman of Fleischman & Fleischman, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***